No. 80–6610. JOHNSON v. FLORIDA. Sup. Ct. Fla.;

No. 80–6614. GREENAWALT v. ARIZONA. Sup. Ct. Ariz.;

No. 80–6671. TYLER v. GEORGIA. Sup. Ct. Ga.;

No. 80–6675. McMANUS v. TEXAS. Ct. Crim. App. Tex.;

No. 80–6702. HARRIS v. CALIFORNIA. Sup. Ct. Cal.;

No. 80–6749. NELSON v. GEORGIA. Sup. Ct. Ga.;

No. 80–6786. STRICKLAND v. GEORGIA. Sup. Ct. Ga.;

No. 80–6839. BROWN v. GEORGIA. Sup. Ct. Ga.;

No. 80–6844. JUSTUS v. GEORGIA. Sup. Ct. Ga.;

No. 80–6864. GROSECLOSE v. TENNESSEE. Sup. Ct. Tenn.;

No. 81–5062. RICKMAN v. TENNESSEE. Sup. Ct. Tenn.;

No. 80–6877. MESSER v. GEORGIA. Sup. Ct. Ga.;

No. 80–6949. DOUGAN v. FLORIDA. Sup. Ct. Fla.;

No. 81–5026. DOUTHIT v. ZANT, WARDEN. Super. Ct. Ga., Butts County;

No. 81–5046. RUFFIN v. FLORIDA. Sup. Ct. Fla.;

No. 81–5048. HARPER v. NEBRASKA. Sup. Ct. Neb.;

No. 81–5056. RUST v. NEBRASKA. Sup. Ct. Neb.;

No. 81–5157. PEERY v. NEBRASKA. Sup. Ct. Neb.; and

No. 81–5158. PALMES v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 80–6610, 393 So. 2d 1069; No. 80–6614, 128 Ariz. 150, 624 P. 2d 828; No. 80–6671, 247 Ga. 119, 274 S. E. 2d 549; No. 80–6702, 28 Cal. 3d 935, 623 P. 2d 240; No. 80–6749, 247 Ga. 172, 274 S. E. 2d 317; No. 80–6786, 247 Ga. 219, 275 S. E. 2d 29; No. 80–6839, 247 Ga. 298, 275 S. E. 2d 52; No. 80–6844, 247 Ga. 276, 276 S. E. 2d 242; Nos. 80–6864 and 81–5062, 615 S. W. 2d 142; No. 80–6877, 247 Ga. 316, 276 S. E. 2d 15; No. 80–6949, 398 So. 2d 439; No. 81–5046, 397 So. 2d 277; No. 81–5048, 208 Neb. 568, 304 N. W. 2d 663; No. 81–5056, 208 Neb. 320, 303 N. W. 2d 490; No. 81–5157, 208 Neb. 639, 305 N. W. 2d 354; No. 81–5158, 397 So. 2d 648.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.